**NOEL AND BONEBRAKE**
By: D. Scott Bonebrake, Esquire
Identification Number: 76341
25 East Second Street
Media, Pennsylvania 19063
Telephone:  610-892-7700
Attorney for Plaintiff, Joseph Boss Aouad

---

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH BOSS AOUAD | : | NO. |
| 1810 Wilmington Pike | : | |
| Glen Mills, Pennsylvania 19342, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JUAN MACHADO | : | |
| 1 Spruce Street, Floor 2 | : | |
| Carteret, New Jersey 07008 | : | |
| and | : | |
| ZOON 123 TRANSPORT CORPORATION | : | |
| 1 Spruce Street, Floor 2 | : | |
| Carteret, New Jersey 07008, | : | |
| Defendants. | : | JURY TRIAL DEMANDED |

## COMPLAINT

### INTRODUCTION

This case involves a motor vehicle accident which occurred on June 24, 2021, which resulted in serious injuries being sustained by the plaintiff, Joseph Boss Aouad.

### JURISDICTION

1.      Jurisdiction is founded on 28 U.S.C. § 1332 – Diversity of Citizenship.

2.      The amount in controversy, exclusive of interest and costs, exceeds the sum of One Hundred and Fifty Thousand Dollars ($150,000.00).

## VENUE

3.      All the claims herein arose within the jurisdiction of the United States District Court for the Eastern District of Pennsylvania, and involve Defendants who reside within the jurisdictional limits. Venue is accordingly invoked pursuant to the dictates of 28 U.S.C. §1391(b) and (c).

4.      Plaintiff, Joseph Boss Aouad, is an adult individual, citizen, and resident of the Commonwealth of Pennsylvania who, at all times relevant hereto, resided at 1810 Wilmington Pike, Glen Mills, Delaware County, Pennsylvania 19342.

5.      Defendant, Juan Machado, is an adult individual, citizen, and resident of the State of New Jersey, residing therein at 1 Spruce Street, Floor 2, Carteret, New Jersey 07008.

6.      Defendant, Zoon 123 Transport Corporation, is a business operating in the State of New Jersey, with a registered office for services located at 1 Spruce Street, Floor 2, Carteret, New Jersey 07008.

7.      At all times relevant hereto, defendant, Juan Machado, was the driver of a large truck, owned by defendant, Zoon 123, and was acting as the agent, servant, or workman of defendant, Zoon 123.

8.      On or about June 24, 2021, at approximately 11:14 a.m., plaintiff, Joseph Boss Aouad, was driving a 2017 Honda Civic on 176 westbound at Mile Marker 258 in Conewago Township, Pennsylvania.

9.      On or about June 24, 2021, at approximately 11:14 a.m., defendant, Juan Machado, failed to secure the load on his truck, causing 3 wood boards to escape his trailer, causing the boards to strike plaintiff's vehicle, causing a violent collision, which caused plaintiff to suffer the injuries described herein.

10.     The accident resulted solely from the negligent and careless conduct of the defendants named herein, and was due in no part nor manner whatsoever to any act or failure to act on the part of the plaintiff.

11.     Defendant, Zoon 123, negligently permitted defendant, Juan Machado, to operate its vehicle, although it was fully aware that Juan Machado was incapable of safely operating a motor vehicle, either by his past driving record, lack of driving experience, history of poor, reckless and inattentive driving and/or otherwise, and knew or should have known that he was otherwise incapable of safely operating the motor vehicle at the time of the accident.

## COUNT I – NEGLIGENCE

### Plaintiff, Joseph Boss Aouad v. Defendants

12.     Plaintiff hereby incorporates by reference the averments contained within Paragraph Nos. 1 through 11 above, as though same were set forth more fully at length herein.

13.     The negligence and carelessness of the defendant, Juan Machado, individually and by and through Zoon 128, whom Zoom 123 negligently and carelessly entrusted its vehicle to, consisted of the following:

(a)     Failing to have the defendants' vehicle under proper and adequate control;

(b)     Operating the vehicle at an excessive rate of speed;

(c)     Operating the vehicle and its load without due regard for the rights, safety, and position of the plaintiff's vehicle;

(d)     Operating the vehicle in a dangerous and unsafe manner;

(e)     Failing to maintain a proper lookout;

(f)     Failing to adequately pay attention to the surrounding circumstances controlling the area of the accident/load being carried by the defendants;

(g)     Driving in a careless manner;

(h)    Failing to abide by properly secure the truck's load;

(i)    Failing to drive a vehicle without having the proper license
and/or training;

(j)    Violating various provisions of the Pennsylvania Motor Vehicle Code; and

(k)    Violating statutes of the Commonwealth of Pennsylvania pertaining to
having an unsecured load.

14.    Solely as a result of the defendants' negligent and careless conduct, plaintiff, Joseph Boss Aouad, has suffered, yet suffers, and may in the future suffer injuries which are serious, severe, and permanent in nature, which include but are not limited to, hip pain; neck pain radiating into both shoulders, arms, and hands, with numbness and tingling; lower back pain radiating into buttocks, legs and feet; herniated and bulging discs; sacroiliac joint dysfunction; cervical and lumbar radiculopathy; and plaintiff may well have suffered injury to his body, upper and lower extremities, and internally into his nerves and nervous system, as well as possible aggravation, acceleration, exacerbation, or activation of any pre-existing illness or illnesses or conditions which he may have had.

15.    As a result of the aforesaid, plaintiff, Joseph Boss Aouad, has been and may in the future be required to expend various sums of money for medical care and treatment in an endeavor to effectuate treatment and care of the aforesaid injuries and/or such other items of expense which have been incurred or which will be incurred and ascertained in the future.

16.    As a result of the aforesaid, plaintiff, Joseph Boss Aouad, suffered severe physical and emotional pain, mental anguish, and humiliation and may continue to so suffer for an indefinite time into the future.

17.    As a result of the aforesaid, plaintiff, Joseph Boss Aouad, has been and may in the future be required to expend various sums of money for such other items of expense which either

have been incurred but not yet documented or which are to be incurred and ascertained in the future.

18.     As a result of the aforesaid, plaintiff, Joseph Boss Aouad, may have suffered a loss of earnings and/or loss of earnings capacity.

WHEREFORE, plaintiff respectfully requests this Honorable Court enter judgment in his favor and against the defendants, individually and/or jointly and severally, in excess of $150,000.00, exclusive of interests and costs, which sum includes, but is not limited to:

(a)     A compensatory damage award;

(b)     Reasonable attorney's fees and costs;

(c)     Reasonable past medical expenses;

(d)     Past and future lost wages;

(e)     Damages for pain and suffering; and

(f)     Such other and further relief as appears reasonable and just.

## JURY DEMAND

Plaintiff demands a trial by jury on all claims and issues so triable.

D. SCOTT BONEBRAKE, Esquire
Attorney for Plaintiff, Joseph Boss Aouad

## VERIFICATION

I, JOSEPH BOSS AOUAD, verify that the statements made in the foregoing Complaint are true and correct to the best of my knowledge, information and belief. I understand that false statements herein are made subject to the penalties relating to answers falsified to authorities.

Date: 4/28/23

JOSEPH BOSS AOUAD

AOUAD v. MACHADO et al.