IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH BOSS AOUAD** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 23-1731 |
| **v.** | : | |
| | : | |
| **JUAN MACHADO,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 17th day of August 2023, upon consideration of Defendants' *motion to transfer venue pursuant to 28 U.S.C. § 1404(a)*, [ECF 11] and Plaintiff's response in opposition thereto, [ECF 12], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion to transfer is **DENIED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*